**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 26, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 13-4434,    <u>US v. Stephen Hopkins</u>
                2:11-cr-00178-1

TO:    A. Courtenay Craig

TRANSCRIPT ORDER DUE:  July 1, 2013

Please make the corrections identified below.

---

[X] Satisfactory financial arrangements have not been made.

Satisfactory financial arrrangements have not been made.  The original CJA24 voucher was not received by the district court clerk's office.  The transcript deadline for the court reporter is terminated.

On or before the date noted above, send the original CJA24 voucher to the district court clerk with a copy of the corrected transcript order.  The corrected transcript order and copy of the CJA24 voucher should also be resubmitted to this court.

---

Ashley Webb, Deputy Clerk
804-916-2742